FILED
SEP 27 2017
Clerk, U S Courts
District Of Montana
Great Falls Division


LODGED
SEP 22 2017
Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SKIBA,<br><br>Defendant. | VIOLATION:<br>6026568<br><br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6026568 is DISMISSED.

DATED this 26 day of September, 2017.

John Johnston
United States Magistrate Judge